UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**EMMANUEL PHILIPPE**   CASE NO. 24-cv-1689 SEC P

-vs-   JUDGE DRELL

**U S IMMIGRATION AND CUSTOMS ENFORCEMENT**   MAGISTRATE JUDGE PEREZ-MONTES

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 11), and after a de novo review of the record, including the Objection (ECF No. 12) filed by Petitioner, having determined that the Magistrate Judge's findings and recommendations are correct under the applicable law;

IT IS HEREBY ORDERED that the Petition (ECF No. 1) is DENIED and DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED at Alexandria, Louisiana this 7th day of ~~March~~ April 2025.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT